**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x          Case No.17-cv-08791
GAO *et al.*

                           Plaintiffs,          **STIPULATION OF**
          v.          **SETTLEMENT REVISION**

SHINE GLORY LLC d/b/a MoMo Sushi *et al.*

                          Defendants.

-----------------------------------------------------------x

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED**

1. In response to the Court's Order dated June 07, 2018, the parties hereby respectfully
   stipulate and agree to the following:

2. To strike **Section 2(c)** on page 3 and **Section 9** on page 5 in its entirety from the
   Proposed Settlement Agreement;

3. To revise the **First Paragraph of Section 8** which begins on page 4 and continues
   onto page 5, as follows:

| First Paragraph of Section 8 in Proposed Settlement Agreement | First Paragraph of Section 8 as Revised by the Stipulation |
|---|---|
| In exchange for and in consideration of the covenants and promises contained herein, Plaintiffs, individually and on behalf of their children, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, hereby waive, discharge, and release (i) LIN HERMAN, in his individual and corporate | In exchange for and in consideration of the covenants and promises contained herein, Plaintiffs, individually and on behalf of their children, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, hereby waive, discharge, and release (i) LIN HERMAN, in his individual and corporate |

capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (ii) CAHYADI S TANJUNG, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) SHINE GLORY LLC d/b/a MoMo Sushi and its current and former parents, subsidiaries, divisions, branches, and assigns and

affiliated and related companies or entities, and its predecessors, successors, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees; from any claims whatsoever relate to or arise from what was alleged in the Complaint, including without limitation liquidated damages, compensatory damages, punitive damages, wages, tips, and penalties of any nature whatsoever pertaining to Plaintiffs' employment with Defendants. This release

capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (ii) CAHYADI S TANJUNG, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) SHINE GLORY LLC d/b/a MoMo Sushi and its current and former parents, subsidiaries, divisions, branches, and assigns and

affiliated and related companies or entities, and its predecessors, successors, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees; from any claims whatsoever relate to or arise from what was alleged in the Complaint, including liquidated damages, compensatory damages, punitive damages, wages, tips, and penalties as alleged in the Complaint pertaining to Plaintiffs' employment with Defendants. This release does not include a release of any

| does not include a release of any rights Plaintiffs' may have under this Agreement. | rights Plaintiffs' may have under this Agreement. |
|---|---|

4. To revise the **Second Paragraph of Section 8 on Page 5**, as follows:

| Second Paragraph of Section 8 in Proposed Settlement Agreement | Second Paragraph of Section 8 as Revised by the Stipulation |
|---|---|
| Nothing herein, however, shall prevent Plaintiffs from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency; provided, however, that Plaintiffs further agree and understand that they have each waived their right to recover monetary damages from Defendants in connection with any such charge, complaint or lawsuit filed by their or on their behalf arising from, or in any way relating to, their employment with Defendants. Defendants unconditionally and irrevocably give up and release, to the fullest extent permitted by law, Plaintiffs, Plaintiffs' heirs, agents, and | Nothing herein shall prevent Plaintiffs from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency.<br><br>Defendants unconditionally and irrevocably give up and release, to the fullest extent permitted by law, Plaintiffs, Plaintiffs' heirs, agents, and successors, jointly and severally, of and any and all actions, charges, complaints, controversies, demands, cause of action, suits and/or claims, that Defendants have or may have against Plaintiffs as of the |

| | |
|---|---|
| successors, jointly and severally, of and any and all actions, charges, complaints, controversies, demands, cause of action, suits and/or claims, that Defendants have or may have against Plaintiffs as of the date the Agreement is signed on behalf of Defendants. | date the Agreement is signed on behalf of Defendants. |

5. To correct the Settlement Amount in Section 2 (b) (i) on page 3 from "Fifteen Thousand Dollars ($15,000.00) to Seventy Five Thousand Dollars ($75,000.00).

6. The language of **Paragraph 2 through 5** of this Stipulation supersedes the language of Section 2(c), Section 9, Section 8 and Section 2(b) in the Proposed Settlement Agreement.

7. Counsel for the parties sign this stipulation with the knowledge and consent of the respective parties.

**TROY LAW, PLLC**
*Attorneys for the Plaintiffs*

By: /s/ John Troy
John Troy, Esq. (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

**HANG & ASSOCIATES**
*Attorneys for Defendants*

 /s Keli Liu
Keli Liu, Esq.
136-20 38th Ave, Suite #10G
Flushing, NY 11354
Tel: (718)3538588

SO ORDERED:

_____