UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHI QIANG GAO, et al.,

                             **Plaintiffs,**                        **17-CV-8791 (SN)**

             -against-                                     **ORDER**

SHINE GLORY LLC, et al.,

                             **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 20, 2018, the parties consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. Counsel for the parties submitted their proposed settlement agreement on June 1, 2018, and filed a stipulation revising portions of the proposed settlement agreement on June 20, 2018. ECF Nos. 34, 36. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:    June 21, 2018
                New York, New York